UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY ROBINSON,

    Plaintiff,

v.                                                  Case No: 8:21-cv-2699-CEH-AAS

EARTH TECH (DE), LLC,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 12). In accord with the Notice of Voluntary Dismissal Without Prejudice, it is **ORDERED** as follows:

1)     This cause is dismissed, without prejudice.

2)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on April 28, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record